**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    CLIFFORD L. JACKSON, JR.,                    No. C 07-1202 SI (pr)

9              Plaintiff,                         **ORDER DENYING PAUPER**
                                                  **APPLICATION AND SETTING**
10       v.                                       **BRIEFING SCHEDULE**

11   MONTEREY COUNTY'S JAIL; et al.,

12             Defendants.
                                       /
13

14         Plaintiff's <u>in forma pauperis</u> application is DENIED.  (Docket # 18.)  His inmate trust

15   account statement shows that he had an average balance of almost $1,600.00 over the last six

16   months and had more than $900.00 in his inmate trust account when he filed the statement last

17   week. His pauper application shows no monthly living expenses. Plaintiff must pay the $350.00

18   filing fee no later than **May 25, 2007**. This action will be dismissed if plaintiff does not pay the

19   filing fee by the deadline.

20         Defendant Skanska USA. Building filed a motion to dismiss, a motion for more definite

21   statement, and a motion to strike on March 30, 2007.  Plaintiff must file and serve on defense

22   counsel a copy of his opposition to those motions no later than **May 31, 2007**.  Defendant must

23   file and serve its reply brief, if any, no later than **June 15, 2007**.  Due to the <u>pro se</u> plaintiff's

24   incarceration, the motion will be deemed submitted upon the papers and there will be no oral

25   argument unless the court later orders otherwise.

26         IT IS SO ORDERED.

27   Dated: April 13, 2007                        _____
                                                  SUSAN ILLSTON
28                                                United States District Judge