IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY JAIL, et al.,<br><br>    Defendants.<br>_____ | No. C 07-1202 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>**(Docket No. 113)** |

On February 28, 2007, plaintiff, a California prisoner then incarcerated at the Monterey County Jail and proceeding pro se,[1] filed the above-titled civil rights action under 42 U.S.C. § 1983. On January 29, 2008, the Court found plaintiff's allegations failed to state cognizable claims for relief; the Court dismissed the complaint with leave to amend to cure the noted pleading deficiencies within thirty days.

Now before the Court is plaintiff's request for an extension of time in which to file his amended complaint. Good cause appearing, plaintiff's request is hereby GRANTED. Within **thirty** days of the date this order is filed plaintiff shall file an amended complaint curing the deficiencies noted in the Court's order of dismissal with leave to amend. Plaintiff shall file his amended complaint on the court's form civil rights complaint, a copy of which is provided herewith, and include in the caption both the case number of this action, No. C 07-1202 MMC (PR), and the heading "AMENDED COMPLAINT." As explained to plaintiff in the order of dismissal with leave to amend, an amended complaint supersedes the

---

[1] Plaintiff currently is incarcerated at New Kern State Prison in Delano, California.

1  initial complaint and may not incorporate by reference any parts of the original complaint.
2  London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).  **If plaintiff fails to timely**
3  **file an amended complaint in conformity with this order, the action will be dismissed.**
4      This order terminates Docket No. 113.
5      IT IS SO ORDERED.
6  DATED: May 2, 2008

_____
MAXINE M. CHESNEY
United States District Judge