Glenn A. Friedman, Esq. (SBN 104442)
Oscar G. Jimenez, Esq. (SBN 195433)
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA  94104
Tel: (415) 362-2580; Fax: (415) 434-0882

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., Plaintiff(s) | CASE NUMBER: C07-01202 MMC |
| v. | |
| MONTEREY COUNTY JAIL, et al., Defendant(s) | **SUBSTITUTION OF ATTORNEY** |

<u>Monterey County Jail; Sheriff's Office</u>   ☐ Plaintiff  ☒ Defendant  ☐ Other ____
*Name of Party*

hereby substitutes <u>Glenn A. Friedman/Oscar G. Jimenez of Lewis Brisbois, et al.</u>   who is

☒ Retained Counsel   ☐ Court Appointed Counsel   ☐ Pro Per   <u>One Sansome Street, Suite 1400</u>
*Street Address*

<u>San Francisco, CA  94104</u>     <u>(415) 362-2580</u>    <u>(415) 434-0882</u>    <u>See Above</u>
*City, State, Zip Code*           *Telephone Number*     *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of <u>Charles J. McKee/Traci A. Kirkbride, County Counsel</u>
*Present Attorney*

Dated: March 13, 2008                    *[signature]* Traci A. Kirkbride for
                                         *Signature of Party*
                                         Monterey County Jail; Sheriff's Office

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 13, 2008                    *[signature]* Traci A. Kirkbride
                                         *Signature of Present Attorney*
                                         Office of County Counsel, Monterey

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: March 13, 2008                    *[signature]* Oscar G. Jimenez
                                         *Signature of New Attorney*
                                         Lewis Brisbois Bisgaard & Smith LLP

Substitution of Attorney is hereby  ☒ Approved.   ☐ Denied.

Dated: May 2, 2008                       *[signature]* Maxine M. Chesney
                                         United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                       G-01