**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONTEREY COUNTY JAIL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-1202 MMC (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** <br><br> **(Docket No. 122)** |

On February 28, 2007, plaintiff, a California prisoner then incarcerated at the Monterey County Jail and proceeding pro se,[1] filed the above-titled civil rights action under 42 U.S.C. § 1983. On January 29, 2008, the Court found plaintiff's allegations failed to state cognizable claims for relief; the Court dismissed the complaint with leave to amend to cure the noted pleading deficiencies within thirty days. Thereafter, by order dated May 2, 2008, the Court granted plaintiff an extension of time to file his amended complaint within thirty days of said order.

Now before the Court is plaintiff's second request for an extension of time in which to file his amended complaint. Good cause appearing, plaintiff's request is hereby GRANTED. Within **thirty (30)** days of the date this order is filed plaintiff shall file an amended complaint curing the deficiencies noted in the Court's January 29, 2008 order of dismissal with leave to amend. In view of the fact that plaintiff has now been afforded more than six months in which to file an amended complaint, no further extensions of time for him to do so will be

---

[1] Plaintiff currently is incarcerated at New Kern State Prison in Delano, California.

granted.

Plaintiff shall file his amended complaint on the court's form civil rights complaint, a copy of which is provided herewith, and include in the caption both the case number of this action, No. C 07-1202 MMC (PR), and the heading "AMENDED COMPLAINT."  As explained to plaintiff in the order of dismissal with leave to amend, an amended complaint supersedes the initial complaint and may not incorporate by reference any parts of the original complaint.  London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).  If plaintiff fails to timely file an amended complaint in conformity with this order, the action will be dismissed.

This order terminates Docket No. 122.

IT IS SO ORDERED.

DATED: July 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge