IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., | No. C 07-1202 MMC (PR) |
| Plaintiff, | **ORDER GRANTING FINAL EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| MONTEREY COUNTY JAIL, et al., | |
| Defendants. | |

On February 28, 2007, plaintiff, a California prisoner then incarcerated at the Monterey County Jail and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On January 29, 2008, the Court found plaintiff's allegations failed to state cognizable claims for relief, and dismissed the complaint with leave to amend to cure the noted pleading deficiencies within thirty days. On May 2, 2008, the Court granted plaintiff an extension of time to file his amended complaint. On July 11, 2008, the Court granted plaintiff a second extension of time to file his amended complaint within thirty days of said order, and notified plaintiff as follows:

> In view of the fact that plaintiff has now been afforded more than six months in which to file an amended complaint, no further extensions of time for him to do so will be granted.

(Order, filed Jul. 11, 2008, at 1-2.)  Additionally, the Court informed plaintiff that if he failed to timely file an amended complaint in conformity with the Court's order, the action would be dismissed.

On July 21, 2008, the Court received from plaintiff a letter in which plaintiff states he

1 recently was transferred three times back and forth between the Monterey County Jail and
2 North Kern State Prison, and that he has not received a response from the Court with respect
3 to his request for a second extension of time to file his amended complaint.  It thus appears
4 that plaintiff did not receive the Court's July 11, 2008 order granting said request and
5 informing plaintiff that he must file his amended complaint within thirty days thereof.

6       Good cause appearing, the Court will grant plaintiff one final extension of time to file
7 his amended complaint.  Within **twenty (20)** days of the date this order is filed plaintiff shall
8 file an amended complaint curing the deficiencies noted in the Court's January 29, 2008
9 order of dismissal.  **No further extensions of time will be granted.**

10       Plaintiff shall file his amended complaint on the court's form civil rights complaint, a
11 copy of which is provided herewith, and include in the caption both the case number of this
12 action, No. C 07-1202 MMC (PR), and the heading "AMENDED COMPLAINT."  As
13 explained to plaintiff in the order of dismissal with leave to amend, an amended complaint
14 supersedes the initial complaint and may not incorporate by reference any parts of the
15 original complaint.  London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).  If
16 plaintiff fails to timely file an amended complaint in conformity with this order, the action will be
17 dismissed.

18       IT IS SO ORDERED.

19 DATED: August 20, 2008

20 _____
MAXINE M. CHESNEY
United States District Judge

2