IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., | No. C 07-1202 MMC (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION OF COURT'S ORDER OF JANUARY 29, 2008; VACATING NOVEMBER 7, 2008 HEARING DATE** |
| v. | |
| MONTEREY COUNTY JAIL, et al., | |
| Defendants. | **(Docket No. 139)** |

Defendants MONTEREY COUNTY JAIL and MONTEREY COUNTY SHERIFF'S DEPARTMENT, (collectively, "Defendants") move the Court for clarification of the Court's January 29, 2008 "Order Striking All Pending Motions; Dismissing Certain Claims and Defendants With Prejudice; Dismissing Remaining Claims With Leave to Amend." (Docket No. 112.)

Pursuant to Civil L.R. 7-1(b), The Court deems defendants' motion suitable for determination without oral argument, hereby VACATES the hearing date of November 7, 2008, and, good cause appearing, defendants' request for clarification is hereby GRANTED as follows:

The required preliminary screening pursuant to 28 U.S.C. §1915A has not been completed. Once the preliminary screening required by 28 U.S.C. §1915A has been completed, the Court will issue an order with respect to the amended complaint filed by plaintiff on September 10, 2008, and will indicate whether and when defendants are to file a responsive pleading to plaintiff's amended complaint.

1    This order terminates Docket No. 139.

2    IT IS SO ORDERED.

3    DATED: October 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge