IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD L.JACKSON, JR..,

               Plaintiff,

  v.

MONTEREY COUNTY JAIL, et al.,

               Defendants.

                                      /

No. CV-07-1202 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED with prejudice and without further leave to amend.

Dated: July 8, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk